EDWARD G. FISCHER, as Ancillary Administrator c. t. a. of the Estate of SARAH F. BARNES, Deceased, Appellant, v. GUARANTY TRUST COMPANY and ARTHUR B. LAWRENCE, as Executors and Trustees of the Estate of MAX LIPPMAN, Deceased, ISIDORE D. WOLF, MANUFACTURERS TRUST COMPANY, as Executor and Trustee of the Last Will and Testament of NATHAN I. SACHS, Deceased, LEA R. SACHS, Individually and as Executrix and Trustee of the Last Will and Testament of NATHAN I. SACHS, Deceased, BARBARA SACHS (an Infant of the Age of under Four-teen Years), RAY SACHS, LILLIAN K. SACHS, JACOB SACHS, Respondents, and Others, Defendants.— Order denying plaintiff's motion for an order annulling the trial

of this action and for a new trial upon the ground that the trial justice was disqualified, and that the proceedings before him were void, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ., concur.